## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | | |
|---|---|---|
| **RUSSELL WHITAKER AND** | § | |
| **RUSSWHIT REAL ESTATE** | § | |
| **HOLDINGS, LLC** | § | |
| | § | |
| **v.** | § | **NO. 9:19-CV-00011-RC-ZJH** |
| | § | |
| **FORETRAVEL, INC., AND** | § | |
| **MOTOR HOME SPECIALIST, LLP** | § | |

### <u>ORDER OF DISMISSAL</u>

The parties' joint "Stipulation of Dismissal" [Dkt. #14] is accepted. Accordingly, the above

case is dismissed with prejudice. The Clerk is directed to close the case.

So **ORDERED** and **SIGNED  July 5, 2019.**

_____
Ron Clark, Senior District Judge